# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 5, 2013

## NO. 03-13-00041-CV

Walter Lee Hall, Jr. and Gina Marie Sanchez, Appellants

v.

Federal National Mortgage Association a/k/a Fannie Mae, Appellee

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

**IT APPEARING** to this Court that the appellants have failed to arrange for the record to be filed, and, accordingly, have failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellants pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.